IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHAD JEREMY ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-07-1113-D |
| | ) | |
| MUSTANG POLICE DEPARTMENT, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This matter is before the Court for review of the Supplemental Report and Recommendation [Doc. No. 94], issued September 18, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). United States Magistrate Judge Gary M. Purcell recommends that summary judgment be granted to Defendant Canadian County on Plaintiff's claims under 42 U.S.C. § 1983, which are based on the alleged conduct of employees of the Mustang police department and the district attorney's office.[1]

Plaintiff, who appears *pro se*, has not filed a timely objection to the Supplemental Report nor requested additional time to object. Thus, the Court finds that Plaintiff has waived further review of all issues addressed in the Supplemental Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). For this reason, and because upon *de novo* review of the record the Court finds no basis for § 1983 liability of Defendant Canadian County, the Court adopts Judge Purcell's Supplemental Report and Recommendation [Doc. No. 94].

---

[1] Plaintiff's claims against all defendants of malicious prosecution and violation of the Americans with Disabilities Act were dismissed pursuant to 28 U.S.C. § 1915A(b) by Order of September 29, 2008 [Doc. No. 95].

IT IS THEREFORE ORDERED that Defendant Canadian County's Motion for Summary Judgment [Doc. No. 70] is GRANTED. This case remains under referral to Judge Purcell for further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B).

IT IS SO ORDERED this  22nd   day of October, 2008.

*[signature]*

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE