IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHAD JEREMY ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-07-1113-D |
| ) | |
| MUSTANG POLICE DEPARTMENT, ) | |
| *et al*., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This matter is before the Court for review of the Second Supplemental Report and Recommendation [Doc. No. 96], issued October 6, 2008, and the Third Supplemental Report and Recommendation [Doc. No. 112], issued December 8, 2008. Pursuant to 28 U.S.C. § 636(b)(1)(B), United States Magistrate Judge Gary M. Purcell recommends that summary judgment be granted to Defendants City of Mustang, Sergeant M. Adams, Officer Jeff Collins, Lieutenant Brown, Captain Willard James, Officer Crawford, Officer Six, Officer J. Davis, and INTEGRIS Canadian Valley Regional Hospital.[1]

Plaintiff, who appears *pro se*, has not filed a specific objection to the Second Supplemental Report. On December 1, 2008, he filed an "Objection" in which he relates various difficulties in

---

[1] In accordance with Judge Purcell's prior recommendations, the Court has previously dismissed certain claims and other defendants, and has granted summary judgment to Defendant Canadian County. *See* Order 9/29/08 [Doc. No. 95]; Order 10/22/08 [Doc. No. 101]. In this Order, the Court conforms the name of the hospital, denominated "Canadian Valley Hospital" in the Complaint, to correctly identify the entity shown by the record and discussed in Judge Purcell's Report. *See* Second Supplemental Report [Doc. No. 96] at 1, n.1.

preparing a response and states his intent to "make a record that the Plaintiff does have objection(s) to Magistrate Purcell's Report and Recommendation but can not articulate such at this time." *See* Objection [Doc. No. 110] at 3. No further response has been made, and no motion for an extension of time has been filed.[2] Also, Plaintiff has not made a timely objection to the Third Supplemental Report nor requested additional time to object. Thus, the Court finds that Plaintiff has waived further review of all issues addressed in the Second Supplemental Report and the Third Supplemental Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996) ("'[A]n objection stating only "I object" preserves no issue for review.'").

For this reason, and upon *de novo* review of the record, the Court finds that the undisputed facts established pursuant to Fed. R. Civ. P. 56 provide no basis for § 1983 liability of the City of Mustang, its police officers, or INTEGRIS Canadian Valley Regional Hospital and that the police officers are entitled to qualified immunity. Therefore, the Court adopts in full the Second Supplemental Report and Recommendation [Doc. No. 96] and the Third Supplemental Report and Recommendation [Doc. No. 112].

IT IS THEREFORE ORDERED that the Motion for Summary Judgment of Defendants City of Mustang, Sergeant M. Adams, Officer Jeff Collins, Lieutenant Brown, Captain Willard James, Officer Crawford, Officer Six and Officer J. Davis [Doc. No. 55] and the Motion for Summary Judgment of Defendant Canadian Valley Regional Hospital [Doc. No. 98] are GRANTED.

---

[2] With regard to other deadlines in this case, Plaintiff has previously requested additional time by motion, and his motions have been granted.

IT IS FURTHER ORDERED that this Order disposes of all remaining claims and parties in the case and, therefore, judgment shall be entered in favor of all Defendants.

IT IS SO ORDERED this  21st  day of January, 2009.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE